

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00790-CR

Ventura Reyes **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9646
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The trial court imposed sentence on October 29, 2015, and appellant did not file a motion for new trial. Because appellant did not file a timely motion for new trial, the deadline for filing a notice of appeal was November 30, 2015 – November 28, 2015 was a Saturday *See* TEX. R. APP. P. 26.2(a)(1). A notice of appeal was not filed until December 7, 2015, and appellant did not timely file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3.

We therefore **ORDER** appellant to file a written response in this court on or before **January 21, 2016** showing why this appeal should not be dismissed for lack of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court